## 40333. DENNIS v. THE STATE.

In this non-custodial habeas corpus appeal, the judgment is affirmed without opinion pursuant to Rule 59 (Code Ann. § 24-4559). *All the Justices concur.*

DECIDED JANUARY 4, 1984.

*Herbert Shafer,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert III, Assistant District Attorneys,* for appellee.